**MEMO ENDORSED**

> Plaintiff's request to file their Memoranda in Opposition to Defendant AXA's and Defendant Hungerford's motions for summary judgment with exhibits, and responses to Defendant AXA's and Defendant Hungerford's Rule 56.1 Statements under seal is granted. The Clerk is respectfully directed to restrict viewing of Docs. 213, 214, 216 and 217 to only the parties listed on ECF and Court personnel.
>
> It is SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: 6/30/2020
> New York, New York

June 29, 2020

**VIA CM/ECF**

The Honorable Edgardo Ramos
Thurgood Marshall United States Courthouse
40 Foley Square, Room 619
New York, NY 10007

Re:   *Wiener v. AXA Equitable Life Insurance Company, et al.:* **1:16-cv-04019-ER**

Dear Judge Ramos:

Pursuant to Rule 5.2 of the Federal Rules of Civil Procedure, Plaintiff respectfully moves for an Order sealing the following documents: (1) Plaintiff's Memorandum in Opposition to Defendant AXA's Motion for Summary Judgment with exhibits; (2) Plaintiff's Memorandum in Opposition to Defendant Hungerford's Motion for Summary Judgment with exhibits; and (3) Plaintiff's responses to Defendant AXA and Defendant Hungerford's Rule 56.1 statements.

Plaintiff's Memorandum in Opposition to Defendant AXA's Motion and Rule 56.1 statement contains copies of Plaintiff's medical records, as well as testimony regarding Plaintiff's medical condition, and information that is proprietary to AXA. Plaintiff's Memorandum in Opposition to Defendant Hungerford's Motion and Rule 56.1 statements contains documents and testimony regarding information that is proprietary to Defendant AXA.

Counsel for Plaintiff has conferred with counsel for Defendants and they support the sealing of these documents.

Plaintiff respectfully requests this letter motion be granted in its entirety and an Order be issued sealing Plaintiff's Memoranda in Opposition to Defendants' Motions for Summary Judgment and the related Exhibits to those memoranda, as well as Plainitff's responses to Defendants' Rule 56.1 statements.

Sincerely,

/s/Theresa A. Guertin
Theresa A. Guertin, Esq.

/s/Lawrence F Reilly
Lawrence F. Reilly, Esq.

cc:   Counsel of Record via CM/ECF