UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MALCOLM H. WIENER,<br><br>                Plaintiff,<br><br>v.<br><br>AXA EQUITABLE LIFE INSURANCE COMPANY,<br>DAVID HUNGERFORD, AXA ADVISORS, LLC,<br>and AXA NETWORK, LLC,<br><br>                Defendants. | Case No. 1:16 cv 04019-ER<br><br><br><br>July 23, 2020<br><br>**MEMO ENDORSED**<br>at page 2. |

### JOINT MOTION FOR BRIEF EXTENSION OF TIME
### TO FILE REPLY BRIEFS

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7, the parties hereby jointly and respectfully move this Court for a brief extension of time, through August 7, 2020, to file their reply memoranda in response to each respective opposition to summary judgment. The reply briefs are currently due on July 29, 2020. All parties consent to this request.

In support of this joint motion, the parties represent that the issues discussed in the subject motions are intricate enough that a brief extension of time is necessary to fully set forth their respective arguments in response to the oppositions to summary judgment.

WHEREFORE, the parties jointly request that this Court enter an Order granting an extension of time to file the respective reply briefs up to and including August 7, 2020.

1524861v.1

                                        THE DEFENDANTS,
                                        AXA EQUITABLE LIFE INSURANCE
                                        COMPANY, ET AL.

By:  /s/ Robert W. Cassot - ct24094
       Robert W. Cassot
       rcassot@morrisonmahoney.com
       ct24094
       Morrison Mahoney LLP
       One Constitution Plaza, 10th Floor
       Hartford, CT 06103-1810
       Phone:    860-616-4441
       Fax:        860-244-3800

---

The parties' request for an extension of time to reply to the pending summary judgment motions until August 7, 2020 is granted.

It is SO ORDERED.

                                                            _____
                                                            Edgardo Ramos, U.S.D.J
                                                            Dated: 7/24/2020
                                                           New York, New York

1524861v.1

## CERTIFICATION OF SERVICE

I hereby certify that on this 23rd day of July, 2020, a copy of the foregoing Joint Motion for Brief Extension of Time to File Reply Briefs was filed electronically. Notice of this filing will be sent via e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties my access this filing through the court's CM/ECF System.

BY:    /s/ Robert W. Cassot
Robert W. Cassot, Esq.

1524861v.1