**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
MALCOLM H. WIENER,  :
    :
            Plaintiff,  :    16-CV-4019 (ER) (OTW)
    :
    -against-  :    **ORDER**
    :
AXA EQUITABLE LIFE INSURANCE COMPANY,  :
et al.,  :
    :
            Defendants.  :
    :
------------------------------------------------------------x

    **ONA T. WANG**, **United States Magistrate Judge:**

    The Court has restricted access to ECF Nos. 187, 188, 190, and 192-1 through 192-22 in light of the parties' motion to seal on consent. Upon review of ECF Nos. 187, 188, 190, and 192-1 to 192-22, the Court is not convinced that wholesale sealing of documents is appropriate or necessary, but agrees that certain information relating to Plaintiff's medical history should remain confidential. Accordingly, the parties are directed to meet and confer and refile a letter motion to seal or redact in accordance with Judge Wang's Individual Practices, Section IV, taking into consideration the Court's need to conduct a particularized review. *See Brown v. Maxwell*, 929 F.3d 41, 50-51 (2d Cir. 2019).

    If the parties are unable to agree on the scope of redactions, they shall e-mail to chambers proposed redactions to each of the documents where redaction is contested, highlighting those words, phrases, or paragraphs for which the party seeks redaction. The parties shall use three different highlighting colors to indicate: 1) where the parties agree on a redaction; 2) where Plaintiff seeks sealing/redaction without Defendants' consent; and 3) where Defendants seek sealing/redaction without Plaintiff's consent. **The proposed, contested**

**redactions shall not be filed on ECF.** The parties shall also provide the Court with a color courtesy copy of the submission and shall share the costs of the submission.

The Clerk is respectfully directed to close ECF 193.

**SO ORDERED.**

Dated: July 24, 2020
New York, New York

  _s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge