**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

MALCOLM H. WIENER,

      Plaintiff,

    v.

AXA EQUITABLE LIFE INSURANCE
COMPANY, AXA ADVISORS, LLC, and
DAVID HUNGERFORD,

      Defendants.

Civil Action No. 1:16-cv-04019-ER


August 18, 2020

**NOTICE OF APPEARANCE**

      To the Clerk of this Court and all parties of record, please enter my appearance as counsel in this case for Defendant David Hungerford.

By:  /s/ *Daniel P. Quinlan*
        Daniel P. Quinlan (N.Y. No. 5151287)
        WINGET, SPADAFORA & SCHWARTZBERG, LLP
        One Canterbury Green
        201 Broad Street, Suite 1000
        Stamford, CT 06901
        T:  203-328-1200
        F:  203-328-1212
        Quinlan.D@WSSLLP.com

        *Attorneys for Defendant David Hungerford*

## **CERTIFICATION**

This is to certify that on this 18th day of August, 2020, the foregoing was filed electronically and served to all parties receiving electronic notice by operation of the Court's electronic filing system.

/s/ Daniel P. Quinlan
Daniel P. Quinlan