**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

MALCOLM H. WIENER,

                Plaintiff,

                -against-

AXA EQUITABLE LIFE INSURANCE COMPANY, et al.,

                Defendants.

------------------------------------------------------------x

16-CV-4019 (ER) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge:**

The parties' motion to seal/redact is **GRANTED**. As the Court is unable to seal only portions of a docket entry under the new sealing procedures, the Clerk is respectfully directed to restrict viewing of the following filings to the parties and Court personnel only:

- ECF 187;
- ECF 188;
- ECF 190 and the attached exhibits;
- ECF 192 and the attached exhibits; and
- ECF 243 and the attached exhibits.

Defendants are directed to review the ECF Rules & Instructions, section 6, and refile their

summary judgment submissions in redacted form by **August 28, 2020**.

**SO ORDERED.**

Dated: August 21, 2020
         New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge