**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MALCOLM H. WIENER,

                Plaintiff,                      16 **CIVIL** 4019 (ER)

      -against-                              **JUDGMENT**

AXA EQUITABLE LIFE INS.
CO., DAVID HUNGERFORD,
AXA ADVISORS, L.L.C., and
AXA NETWORK, L.L.C.,

                Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 31, 2021, AXA Defendants' and Hungerford's motions for summary judgment are GRANTED, and Wiener's cross-motion for partial summary judgment is DENIED; accordingly, the case is closed.

**Dated:**  New York, New York
           March 31, 2021

                                                      **RUBY J. KRAJICK**
                                                      _____
                                                          **Clerk of Court**
                                  **BY:**      *K. Mango*
                                                       _____
                                                           **Deputy Clerk**