UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MALCOLM H. WIENER,

        Plaintiff,

– *against* –

AXA EQUITABLE LIFE INS. CO., DAVID HUNGERFORD, AXA ADVISORS, L.L.C., and AXA NETWORK, L.L.C.,

        Defendants.

**ORDER**

16 Civ. 4019 (ER)

RAMOS, D.J.:

    Malcolm H. Wiener initiated this action on May 26, 2015. Doc. 1. On March 31, 2021, the Court granted summary judgment for Defendants on all of Wiener's claims and denied his cross-motion for partial summary judgment. Doc. 253. On April 28, 2021, Wiener filed a motion to alter or amend judgment pursuant to Federal Rule of Civil Procedure 59(e). Doc. 255. On that same day, Wiener also moved to seal portions of the memorandum in support of his motion along with some of the exhibits filed in support of the motion. Doc. 258.

    Defendants are directed to file their opposition to Wiener's motion to alter or amend judgment by May 20, 2021, and Wiener must file his reply by May 27, 2021. Defendants are also directed to respond to Wiener's motion to seal by May 4, 2021.

    It is SO ORDERED.

Dated:   April 29, 2021
         New York, New York

                                    EDGARDO RAMOS, U.S.D.J.