UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MALCOLM H. WIENER,

                 Plaintiff,

    –against–

AXA EQUITABLE LIFE INS CO, DAVID
HUNGERFORD, AXA ADVISORS,
L.L.C., AXA NETWORK, L.L.C.,

                 Defendants.

**ORDER**

16 Civ. 4019 (ER)

Ramos, D.J.:

    Due to the National Day of Mourning for President Jimmy Carter, the status conference presently scheduled for January 9, 2025, is adjourned to **January 22, 2025, at 11:00 a.m.** in Courtroom 619 before the Hon. Edgardo Ramos, U.S.D.J. at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

    It is SO ORDERED.

Dated:    January 3, 2025
           New York, New York

                                       Edgardo Ramos, U.S.D.J.