**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
MALCOLM H. WIENER,                                :
                                                                          :
                          Plaintiff,            :          16-CV-4019 (ER) (OTW)
                                                                          :
                          -against-            :          **ORDER**
                                                                          :
AXA EQUITABLE LIFE INS CO.,                    :
                                                                          :
                        Defendant.          :
                                                                          :
---------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

Because the parties could not reach a settlement at this time, and no further settlement discussions are pending, my prior Order imposing a stay (ECF 324) is **VACATED**.

**SO ORDERED.**

Dated: October 17, 2025                              /s/ Ona T. Wang
         New York, New York               **Ona T. Wang**
                                                            United States Magistrate Judge